UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DR. LAMAR COLLINS AND ROSE COLLINS, <br>     Plaintiffs, <br><br> v. <br><br> ROBINSON INDEPENDENT SCHOOL DISTRICT, <br>     Defendant. | § § § § § § § § § § | CIVIL ACTION NO. 6:21-cv-657-ADA-JCM |

**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Defendant Robinson Independent School District ("Robinson ISD" or "District") and files this its Notice of Non-Opposition to Plaintiffs' Motion for Leave to File First Amended Complaint and would show the Court the following:

**I.  NOTICE**

1. Under the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier. FED. R. CIV. P. 15(a)(1). In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires. FED. R. CIV. P. 15(a)(2).

2. Defendant believes that Plaintiffs' amended complaint would have fallen under FED. R. CIV. P. 15(a)(1)(B) but for the grant of extension for Plaintiffs to file an amended complaint, which Defendant did not oppose. Because the rules require a motion for leave based on the timing of the

1

extension, Plaintiffs so moved. Defendant files this notice to show that it is not opposed at this juncture to Plaintiffs' filing an amended complaint.

## II. PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant does not oppose the motion.

Respectfully submitted,

By: */s/ Kelley L. Kalchthaler*
KELLEY L. KALCHTHALER
State Bar No. 24074509
DAVID HOLMES
State Bar No. 24108786
WALSH GALLEGOS TREVIÑO
 KYLE & ROBINSON P.C.
505 E. Huntland Drive, Suite 600
Austin, Texas 78752
Telephone: (512) 454-6864
Facsimile: (512) 467-9318
kkalchthaler@wabsa.com
dholmes@wabsa.com

***ATTORNEYS FOR DEFENDANT***
***ROBINSON INDEPENDENT***
***SCHOOL DISTRICT***

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with Mr. Walsh via e-mail on August 12, 2021 indicating Defendant's non-opposition. Mr. Walsh and the undersigned counsel agreed that a notice to the Court was the proper route to address this issue.

*/s/ Kelley L. Kalchthaler*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2021, a true and correct copy of the foregoing notice was served upon Plaintiffs through their counsel as follows:

Mr. Colin Walsh  *Via Electronic Case Filing*
Mr. Jairo Castellanos
Wiley Walsh, P.C.
1101 San Jacinto Blvd., Suite 401
Austin, Texas 78701

*/s/ Kelley L. Kalchthaler*
Kelley L. Kalchthaler